1   ROB BONTA
    Attorney General of California
2   LYNDSAY CRENSHAW, State Bar No. 246743
    Supervising Deputy Attorney General
3   JACQUELINE KALLBERG, State Bar No. 298886
    Deputy Attorney General
4     600 West Broadway, Suite 1800
      San Diego, CA 92101
5     P.O. Box 85266
      San Diego, CA 92186-5266
6     Telephone:  (619) 738-9060
      Fax:  (619) 645-2581
7     E-mail:  Jacqueline.Kallberg@doj.ca.gov
    *Attorneys for Defendant*
8   *S. Peterson, L. Andrichuk, J. Ma, R. MacDonald,*
    *S. Strong, and J. Lynch*

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14  | | |
    |---|---|
    | **DAVID PANGBORN,** | Case No. |
    | Plaintiff, | Sacramento County Superior Court Case No.: 23CV008249 |
    | v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |
    | **C/O PETERSON, et al.,** | |
    | Defendants. | Judge:         Not Yet Assigned |
    | | Trial Date:    Not Set |
    | | Action Filed:  October 27, 2023 |

21

22          TO THE CLERK OF THE ABOVE-ENTITLED COURT:

23          PLEASE TAKE NOTICE that Defendants S. Peterson, L. Andrichuk, J. Ma, R.

24  MacDonald, S. Strong, and J. Lynch (collectively, "Defendants") remove this action from the

25  Superior Court of California, County of Sacramento, to the United States District Court for the

26  Eastern District of California, pursuant to 28 U.S.C. §§ 1441(a) and 1446.  Removal is based on

27  the original jurisdiction of the Court pursuant to 28 U.S.C. § 1331 on the grounds stated below.

28  / / /

                              1

**STATEMENT OF JURISDICTION**

1.     This Court has original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  This civil action references claims of retaliation under the First Amendment of the United States Constitution and claims of failure to protect under the Eighth Amendment of the United States Constitution (Compl., at 3), and therefore this Court has original federal-question jurisdiction.

2.     This Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).  This civil action may also involve California state law tort claims  — which arise out of the same controversy at issue in Plaintiff's federal claims – and therefore this Court has supplemental jurisdiction over those claims.

**VENUE**

3.     Venue is proper in the United States District Court for the Eastern District of California, because Plaintiff filed his Complaint in the Superior Court of the State of California, County of Sacramento.  28 U.S.C. §§ 1446(a), 84(b), 1391(b)(2).

**PLEADINGS AND PROCESS**

4.     On September 8, 2023, Plaintiff David Pangborn filed a Complaint in the Sacramento County Superior Court alleging, among other things, claims under the First and Eighth Amendments of the United States Constitution based upon allegations that Defendants retaliated against Plaintiff and failed to protect Plaintiff from harm.  A true and correct copy of the Complaint is attached as Exhibit A.  All other documents filed in the case are attached as Exhibit B through M.

5.     The California State Prison (CSP) – Sacramento Litigation Office received service in-person on November 20, 2023.

6.     Defendants S. Peterson, L. Andrichuk, J. Ma, R. MacDonald, S. Strong, and J. Lynch are the only Defendants that have been properly served at this time.  Defendant Williams cannot be identified for service as no first name has been provided.  Further, CDCR has not been

1  properly served as no service attempts have been made at a proper location for service.

2  Defendants consent to removal of this action.

3  **TIMELINESS OF REMOVAL**

4  7.    This Notice of Removal is timely filed within thirty days of the date Defendants were

5  served with the Summons and Complaint.  28 U.S.C. § 1446(b).

6  **BASIS FOR REMOVAL**

7  8.    Federal-questions jurisdiction exists when a federal question is presented on the face

8  of a Plaintiff's Complaint.  *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987).  Here, federal

9  question jurisdiction exists under 28 U.S.C. § 1331 because Plaintiff's Complaint alleges

10  potential claims for violation of his rights under the First and Eighth Amendments to the United

11  States Constitution.  (*See* Compl., Ex. A.)

12  **NOTICE TO PLAINTIFF AND STATE COURT**

13  9.    In compliance with 28 U.S.C. § 1446(d), Defendants concurrently provide written

14  notice of this removal to Plaintiff and by filing a copy of this Notice of Removal with the clerk of

15  the Sacramento County Superior Court.

16  Dated:  December 20, 2023                           Respectfully submitted,

17                                                      ROB BONTA
                                                        Attorney General of California
18                                                      LYNDSAY CRENSHAW
                                                        Supervising Deputy Attorney General
19

20

21                                                      */s/ Jacqueline Kallberg*
                                                        JACQUELINE KALLBERG
22                                                      Deputy Attorney General
                                                        *Attorneys for Defendant*
23                                                      *S. Peterson, L. Andrichuk, J. Ma,*
                                                        *R. MacDonald, S. Strong, and J. Lynch*
24  SA2023803816

25

26

27

28

1

**EXHIBIT LIST**

2   **EXHIBIT A:** Complaint filed by Plaintiff

3   **EXHIBIT B:** Civil Case Cover Sheet filed by Plaintiff

4   **EXHIBIT C:** Case Management Order

5   **EXHIBIT D:** Order on Court Fee Waiver, September 11, 2023

6   **EXHIBIT E:** Declaration of Plaintiff [325 pages][1]

7   **EXHIBIT F:** Summons filed by Plaintiff for Defendant S. Strong, October 2023

8   **EXHIBIT G:** Summons filed by Plaintiff for Defendant L. Andrichuk, October 2023

9   **EXHIBIT H:** Summons filed by Plaintiff for Defendant J. Ma, October 2023

10  **EXHIBIT I:** Summons filed by Plaintiff for Defendant J. Lynch, October 2023

11  **EXHIBIT J:** Summons filed by Plaintiff for Defendant CDCR, October 2023

12  **EXHIBIT K:** Summons filed by Plaintiff for Defendant R. MacDonald, October 2023

13  **EXHIBIT L:** Summons filed by Plaintiff for Defendant C/O Williams, October 2023

14  **EXHIBIT M:** Summons filed by Plaintiff for Defendant S. Peterson, October 2023

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Due to technical difficulties, we are unable to provide the entire 325 document at this time. Plaintiff's declaration is being provided, however the exhibits will be lodged with the Court upon the Court's request.

4

# EXHIBIT A

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>David Pangborn # AW7484<br>2-D-145-L<br>CSP-SAC<br>TELEPHONE NO: 100 Prison Road    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* Represa, CA, 95671<br>ATTORNEY FOR *(Name):* | **FOR COURT USE ONLY**<br>Filed<br>Superior Court of California<br>Sacramento<br>09/08/2023<br>woltmos<br>By _____, Deputy<br>23CV008249 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ~~Sacramento~~ Sacramento
STREET ADDRESS: 720 Ninth Street, RM#101
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA, 95814-1302
BRANCH NAME: Civil Division

PLAINTIFF: David Pangborn

DEFENDANT: Clo Peterson, Clo Williams, Clo mcdonald, (CDCR), Jeff Lynch, Dr. Jian Ma, clinician Strong
Dr. Anderchuck

☐ DOES 1 TO _____

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED** *(Number):*<br>**Type** *(check all that apply):*  Death Threats, malpraction<br>☐ **MOTOR VEHICLE**  ☒ **OTHER** *(specify):* Emotional Distress, Retaliation,<br>☒ **Property Damage**  ☐ **Wrongful Death**<br>☒ **Personal Injury**  ☒ **Other Damages** *(specify):* Civil Rights, Failure to Protect | **CASE NUMBER:** |
| **Jurisdiction** *(check all that apply):*<br>☐ **ACTION IS A LIMITED CIVIL CASE**<br>  Amount demanded ☐ does not exceed $10,000<br>                ☐ exceeds $10,000, but does not exceed $25,000<br>☒ **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)<br>☐ **ACTION IS RECLASSIFIED** by this amended complaint<br>    ☐ from limited to unlimited<br>    ☐ from unlimited to limited | |

1. Plaintiff *(name or names):* David Pangborn # AW7484
   alleges causes of action against defendant *(name or names):* Clo Peterson, Clo Williams, Clo Mcdonald, (CDCR), Jeff Lynch, Dr. Jian Ma, Dr. Anderchuck, clinician Strong.

2. This pleading, including attachments and exhibits, consists of the following number of pages: (48) with additional after filing

3. Each plaintiff named above is a competent adult
   a. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3


RECEIVED
SEP - 8 2023
CIVIL

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant *(name):* (CDCR)
       (1) ☐ a business organization, form unknown
       (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*

       (4) ☒ a public entity *(describe):* California Department of Corrections & Rehabilitation
       (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
       (1) ☐ a business organization, form unknown
       (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*
       (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
       (1) ☐ a business organization, form unknown
       (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
       (1) ☐ a business organization, form unknown
       (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

---

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify)*: Failure To Protect, Retaliation, Unsafe Living Conditions, Fabifying Documents, Destruction of evidence, Intentional infliction of emotional Distress, Mental Anguish (ADA) Discrimination & Denied Access due to (ADA) classifications, Death threat's, Property Destruction.

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☒ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify)*: Mental Anguish, intentional infliction of emotional Destress, Defamation, fraud, Denied Access to court's, & had litigation intentialy hindereded.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court. Yes ▶

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
   (1) ☒ according to proof
   (2) ☒ in the amount of: $ 750,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 9-4-23

David Pangborn
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|

_____ **CAUSE OF ACTION—General Negligence**   Page ___6___
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* David Pangborn #AW7484

alleges that defendant *(name):* Clo Peterson, Clo Williams, Clo Mcdonald, Clinician Strong, Dr. Anderchuck, Dr. Jia Ma, Jeff Lynch(R) (CDCR)

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* 3-10-2022 thru 11-16th, 2022

at *(place):* CSP-SAC, 100 Prison Road Represa, CA, 95671

*(description of reasons for liability):* On numerous occasion's in Exhibits A-E. And the dates sited in those Exhibits & Exhibits filed in the future. The Defendants did knowingly, willingly, & maliciously threaten to kill me, & assault me, attempted to purposely leave me uncuffed so they could assault me during a escort & use excessive force. Clo Peterson called me a snitch in front of the inmate population which did place my life & serious danger & put me in unsafe living conditions, he did all this out of retaliation for filing 602's & citizens complaints against him for working with Clo Williams, Mcdonald, Dr. Anderchuck, clinician strong, & Dr. Ma who all worked in tandem to deny me medical & mental Health care & treatment. & Retaliated against me for 602ing them as well. He denied me group's falsified documents by lying & saying I refused. That other staff witnessed & he destroyed the evidence to prove it. So he used the Defamation by calling me a snitch to get me killed & stabbed by inmates who wrote Declarations that are attached as proof. He, williams, & mcdonald forced me under threat of violence & denial of mental Health group treatment to get out of my wheel chair causing severe back pain & forced me infront of other inmates to crawl on my hands & knees into a non-ADA cage discriminating & denying me (ADA) Access. Which was caught on camera & in front of (RN) Peterson who told Clo Peterson & Mcdonald they can't do that & was wrong. Upon trying to advocate for myself Clo Peterson use his abuse of color under authority & had medical & mental Health deny me treatment because of retaliation which they did knowingly & maliciously causing me to suffer physical pain & suffering increased pain, decreased mobility, inflicted intentional emotional distress & caused me to suffer Mental Anguish & become suicidal & Homicide & clinician Strong & Dr. Anderchuck falsly documented I was ok when I was not. I had a stay coated blade knife. From mental deterioration & homicidal ideation's my claims were survived & granted.

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

___2___
(number)

**CAUSE OF ACTION—Intentional Tort**

Page __7__

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* David Pangborn #AW7484

alleges that defendant *(name):* Clo Peterson, Clo Williams, Clo Mcdonald, Clinician Strong, Dr. Anderchuck, Dr. Jian Ma, Jeff Lynch, (&) (cdcr)

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 3-10-2022 thru 11-16-2022

at *(place):* CSP-SAC, 100 Prison Road, Represa, CA, 95671

*(description of reasons for liability):* On numerous occasions in Exhibits A-E. And the Dates cited in them Exhibits & Exhibits filed in the future in support. The Defendants did Knowingly, willingly(ly)(&) maliciously threaten to Kill me, & assault me, attempted to purposely leave me uncuffed so they could assault me during a escort(&) use excessive force. Clo Peterson called me a snitch in front of the inmate population which did place my life in serio ranger & put me in unsafe living conditions, he did this out of retaliation for filing 602's & citizens complaints against him for working in tandum with Clo Williams, Clo Mcdonald, Dr. Anderchuck, Clinician Strong, & Dr. Ma to den me medical & mental health care & treatment & for 602ing all of them for the same reasons. They Denied me group & falsified documents saying I refused to cover up their misconduct. He purposely destroyed favorable evidence (AVSS) footage to cover up their misconduct. He committed Defamation by calling me a snitch to get me stabbed & Killed by the inmates who were present (who wrote Declarations that are attached as proof. Peterson, Mcdonald, Williams forced me under threat of violence & denial of group treatment to get off my wheelchair(DME) causing severe back pain & forced me in front of the inmates to crawl on my hands & knees into a non-ADA accessible cage which I requested & was denied. Which they knowingly discriminated against my (ADA)rights & access, which was caught on camera (AVSS) & in front of (RN) Peterson who told them they can't do that & its wrong. But still did so out of retaliation for 602ing them for falsifyi Documents saying I refused group when I did not But could not walk or move without assistance. which Internal Affairs & Appeals granted & found them liable & my claims true. which is attached. Upon trying to advocate for myself Clo Peterson & mcdonald abused the power under the color of law law authority, violated there duty to care per D.o.m(§)33030.3(§) 33030.3.3,(§)51080.5,(§)52050.16(§) 54030.6 (&) Title 15 § sections (§)3193(b),(§), 3271, (§)3380,(§)3004(a), (§)3084.1(d), (&). Causing me to suffer physical pain &suffer increased pain, Decreased mobility, inflicti of emotional Distress, & out of retaliation after having clinician Strong & Dr. Anderchuck work in conart to get me out of (Eop had my personal & legal property destroyed & lost prior to moving me to (STRH) wen After having suicidal & homicidal idea that Ms. Strong & Dr. Anderchuck falsified Documents & reports saying I was fine when I wasnt destroyed photos of my family members who passed away. Causing me to mentally Decompensate after coating a knife with my HIV blood with Mr. Strong's name on it due to voices falsly said I was ok to (&) cover up the Defendant's misconduct & retaliation. All of this is substantiated thru Declarations, video footage, RVR's, Photos, internal Affairs investigations & granted 602's. I did file a Board of claims forms on all this & my 119 legal log will prove it.

Page 10 of 98

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of this Exhibit: 602# 313069 & Memorandum.

Number of pages to this Exhibit: __4__ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court
☒ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Clo Peterson 600

313069

**STATE OF CALIFORNIA**
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 7

| STAFF USE ONLY | OGT Log No: 313069 | Date Received 5-'22 AM 11:08  USP-SAC APPEALS |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: David Pangborn                                    CDCR #: AW7484

Institution/Parole Region: CSP-SAC                    Current Housing/Parole Unit: A-2-130-L

**STAFF USE ONLY**

*Use this form to file a complaint with the Department.*

In order for the Department to understand your complaint, please answer all of the following questions:

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

Attached is (2) priority diretis in support. Now I am filing a grievance against the
(EOP) treatment center Clos Yang & his partner & Clo Peterson due to day I was
group (see Diret) & I told them I wanted to go but my back is out & I've got myself
SY. mobility. And to please, accomidate me with a wheel chair like A-2 officers do
to day so I could (see Atns) for my other ducat (see Attached). Also unar, usey
downlevet lattitude. A-2 (AWS) video from 10-4-22 from 11:00 am thru 12:30p
as I will prove the Accomidation to the (AIMS) interview. Yet Yang, his partner
refused my group to Yang stated "Per Clo Peterson if you cant walk then your
refusing" which is not the Something, A refusal means I chose or chose
not to go to group. My back in seven pain & near zero mobility, I was able to walk
to group without assistance is not a refusal. Mental Health. dueated me for group &I
arose & stated I wanted to go. I Do Not & will not refuse any group. I
need them to keep me stable without them I decompensate rapidly & drastically.
the Clos are going to escort me & falsely documents stating I refused. I told
A-2 officers a chrono I had (2) drcats & want to go to both of them. If I
can not walk (LBCR) & CS/JAC must accomidate me & not deny me group.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

I want the (EoP) treatment staff to escort me to my scheduled group, stop denying me the groups that certify Health scheduled me for, stop saying I refused when in fact I just can't walk without mobility assistance. I want them retrained without pay for refusing to escort me to my scheduled/educated group. I want to attend all my (EoP) groups that are scheduled & educated. I want them (CDCR) to stop falsify documents stating a mobility issue I/a refusal because they are not. I want mobility assistance when it's needed. Be me to get to EoP group. I want A-2 (AVSS) video used, but that I find that no such access my claim is it is not used & checked. Then that I Prop of a biased, unfair, improper investigation & proof that the (DOG) investigator is assisting his (co-worker) in covering up misconduct. I want the body cameras to be issued, worn, used when having any interaction with me GI CDCR 73623 attached in support as well.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| OTRR314 | | INMATE PRIORITY PASS | |
|---|---|---|---|
| **INMATE'S NAME** | | **CDC#** | **HOUSING AREA/BED** |
| Pangborn, David James | | AW7484  A 002 1 - 030001L | |
| **ISSUED BY** | **ISSUE DATE** | **APPT. DATE** | **APPT. TIME** |
| U. UNKNOWN | 10/03/2022 | 10/04/2022 | 13:15 |
| **APPT. LOCATION** | **TYPE / REASON** | | |
| A PSU I Trt Cntr Grp RM 6 | Mental Health/ | | |
| **ARRIVAL TIME:** | **RECORDED BY:** | | |
| **DEPART TO:** | **DEPART TIME:** | **RECORDED BY:** | |

135

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| OTRR314 | | INMATE PRIORITY PASS | |
|---|---|---|---|
| **INMATE'S NAME** | | **CDC#** | **HOUSING AREA/BED** |
| Pangborn, David James | | AW7484  A 002 1 - 030001L | |
| **ISSUED BY** | **ISSUE DATE** | **APPT. DATE** | **APPT. TIME** |
| J. Downing | 09/22/2022 | 10/04/2022 | 09:00 |
| **APPT. LOCATION** | **TYPE / REASON** | | |
| ASU EOP Trt Cntr I:1 Rm 1 | Outside Agency/Outside Agency - Other | | |
| **ARRIVAL TIME:** | **RECORDED BY:** | | |
| **DEPART TO:** | **DEPART TIME:** | **RECORDED BY:** | |

134

Claimant Signature: _____

Date Signed: 10-4-2a

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT | | | | |
|---|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | | |
| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| David Tanybore | AW7464 | A 2-13-01 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 12-4-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT | | | |
|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | |
| REQUEST FOR:   MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| David Panborn | AW7484 | A-2-13-L |

| PATIENT SIGNATURE | DATE |
|---|---|
| (FMF-SENTICE) | 12-4-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _____

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** PANGBORN, DAVID JAMES          **Date:** 10/25/2022

**CDC#:** AW7484

**Current Location:** SAC-Facility A          **Current Area/Bed:** A 002 1 - 030001L

**Log #:** 000000313069

**Claim #: 001**

**Received at Institution/Parole Region:**     California State Prison, Sacramento

**Submitted to Facility/Parole District:**     SAC-Facility A

**Housing Area/Parole Unit:**

**Category:**  General Employee Performance          **Sub-Category:**  Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 10/05/2022 which you submitted on 10/05/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

Clo Peterson - one

State of California

OIA Investigation/Allegation Inquiry Findings
Department of Corrections and Rehabilitation

# Memorandum

Date :  November 22, 2022

To   :  PANGBORN, DAVID J. (AW7484)
California State Prison, Sacramento
C8-121L

Subject:  **INVESTIGATION/ALLEGATION INQUIRY FINDINGS RELATIVE TO GRIEVANCE
LOG #: 313069 AND ALLEGATION AGAINST STAFF TRACKING SYSTEM LOG #:
20025422**

**ISSUE:** Claimant Pangborn alleges CO Yang and Peterson did not accommodate
claimant with a wheelchair when requested for mobility issues to attend EOP Services.
Claimant states CO Peterson stated "if you can't walk then your refusing".

**DETERMINATION OF ISSUE:** Your claim contained an allegation of staff misconduct
and was either processed as an Office of Internal Affairs (OIA) Investigation, or as an
Allegation Inquiry by a Locally Designated Investigator (LDI).

**FINDINGS:** Upon receipt and review of the Confidential Investigation Report, Allegation
Inquiry, or approval from OIA for direct adverse action, the Hiring Authority determined
your allegation was:

☐   **NOT SUSTAINED:** The investigation or inquiry failed to disclose a preponderance
of evidence to prove or disprove the allegation made in the complaint.
☐   **UNFOUNDED:** The investigation or inquiry conclusively proved that the act(s)
alleged did not occur, or the act(s) may have, or in fact, occurred but the individual
employee(s) named in the complaint(s) was not involved.
☐   **EXONERATED:** The facts, which provided the basis for the complaint or allegation,
did in fact occur; however, the investigation or inquiry revealed that the actions were
justified, lawful, and proper.
☑   **SUSTAINED:** The investigation or inquiry disclosed a preponderance of evidence to
prove the allegation(s) made in the complaint.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.** As such, the
details of any inquiry or investigation will not be shared with staff, members of the public,
or any offender. Although you have the right to submit an allegation of staff misconduct,
a request for administrative action regarding staff or the placement of documentation in a
staff member's personnel file is beyond the scope of the staff misconduct process. Your
claim was identified as an allegation of staff misconduct, meaning it was referred to an
appropriate authority within the Department for the purpose of gathering facts needed to
prove or disprove the allegation. The Inquiry/Investigation was completed and your
administrative remedies shall be considered exhausted.

Page 2

_J. Lynch_
Warden

2/10/23
Date

# EXHIBIT COVER PAGE

$\mathcal{B}$

**EXHIBIT**

Description of this Exhibit: 602# 298993

Number of pages to this Exhibit: 13 pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [x] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602.1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 298 993 Date Received: |
| --- | --- |
| | Decision Due Date: _____ CSP-SAC APPEALS |
| | Categories: _____ AUG 30 '22 AM 10:27 |

Claimant Name: David Pangborn                    CDCR #: AW7484

Institution/Parole Region: CSP-SAC          Current Housing/Parole Unit: A-2-130-L

---

**STAFF USE ONLY**

---

_Use this form to file a complaint with the Department._

In order for the Department to understand your complaint, please answer all of the following questions:

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

Today at around 8:42 Am C/o Williams told me I could not goto group even though I was ducated. I told him to take the Ducat & show C/o Peterson so he could allow me to another group Because yesterday C/o Peterson in the presence of C/o Carothers & Ms.P(RT) ciricion if and only if you got a ducat & were ducated to one is canceled you can be allowed into another group. So C/o William's came back & stated to "falsly report" to C/o Peterson that I was Hostile; loud; & to cancel my 10:45 Am group (See Attached Ducat). (b) of them which C/o William's did do. C/o William's also stated to me "the next time he pulls me out for a escort to group that he's going to slam me face first into the ground & then stamp my head in" which is a criminal/terroist threat & I want to file criminal charges against him & a citizen's complaint against him (See Attached exp# 1859). Crisis triage, M3. Cano, & Lt.Vitder, & A-2 C/o's Rios, Karshner, Campbell, Morena, Sanders all told me & crisis triage that this is all wrong, & that EDP treatment C/o's & S&E's are allowing this to happen to me on a continuos basis. These falsly reporting acts to deny me group so that I'm unable to obtain mental Health treatment. Which is being done by all (EOP) S&E's, C/o Peterson, C/o Mcdonald, C/o Carothers, C/o William's, C/o Garrison, C/o Yang, which is causing me to Decompensate rapidly mentally & Emotionally. It's causing me to have Suicidal Ideations at times. Dr. Anderchuck & Dr. Frandeichi are not doing anything to

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

help me. But are assisting all the clo's listed in this 602 in denying me mental health treatment & groups, & care. Causing me to suffer mental Anguish & pain & suffering. I want the (T.A.R.T) team to assess clo William's threat against me & for him to recieve discipline, loss of overtime, vacation time, 12% of his check deducted for 24 months. I want (CDCR) Internal Affairs to investigate clo Williams, clo Peterson, & clo Garrison. I want to file a citizens complaint against clo ~~Peterson~~ William's for falsifying documents, reports & threatening me with physical violence & harm. I want monetarary compensation. I want for CSP Sac clo's to stop threatening me with physical harm & injury immediatly. I want CSP-Sac clo's to stop retaliating against me immediatly. I want (EOP) treatment center. clo's to let me goto my group & stop denying me mental health treatment. I want them to stop ~~for~~ falsifying documents & reports. I want to use clo's Rios, karshner, Campbell, & sanders as witnesses in this grievance, as well as Lt. Vitale. As they have told me, my clinician Ms. Cone, & crisis Triage nurse, clinician dated 8-18-22, 8-19-22, 8-25-22 that everything I've said is true. Clo sander's told me directly that he told him everything I said to the crisis triage clinician today was 100% true & facts. Crisis triage clinician told me to contact the coleman attorneys. so the attached letter is the letter I sent used as supporting documents & the one I sent to the coleman attorneys. I also attached (2) CDCR 7362's as well to be used as supporting documents. Because of all this treatment I'm going to purposely continue to infect inmates with my HIV blood & staff until this is addressed & I get all my groups for every group I miss I'll infect one person with HIV I've got no choice, nr nothing else is working. 602's don't work, talking doesn't work, ICC, IDTT doesn't work ever. they just lie & say everything is fixed & ok now. which is a bald face lie.

Claimant Signature: _____

Date Signed: 8-25-22

*ADA Accessible*

①.

(COPY)

August 25, 2022
Thursday

To: Coleman Attorneys,

My name is David Pangborn cdc#AW7484. I'm writing because the Crisis Triage clinician, Ms. Sone my clinician, & Lt Vitale all told me to write you to try & get help on the issues below. Attached/Enclosed is 602 Log# 294832 please return the original to me along with some envelopes so I can send you other 602's & documents to show you all that's wrong. Now I've been denied group's by the (EOP) treatment center Clo's (Williamson, Peterson, Garrison, Yang, McDonald, & Carothers) due to I'm (ADA) & waistchains so they pick me up last discriminating against me & take me back first making me lose approximatly 38 to 51 minutes of treatment when I 602'd it they all started retaliating against me constantly denying me group's by falsly reporting I'm upset so they cancel my groups, or falsly stating I refused my group's so I can't go, or when I'm sick & have diehrea I go back early twice they canceled my group's all week. The Clo's Garrison & Williamson threatened to hurt me, & be at me. Garrison on the 18th & williamson on 8-25-22 which I 602'd also. And caused me to have suicide ideation's from mentally decompensating & being denied treatment. In the last month I've turned in over (30) 7362's. My clinician, Lt. Vitale, & crisis Triage has brought this to Dr. Anderchuck, Dr. Franch-eschi, & Lt. Hobbarts attention & instead of helping me/fixing it, & allowing me treatment. They all work together in tandum to mentally torture me & cause me to suffer & have increased symptom's of Depression, Anxiety, stress, & crying spells. I've filed previous 602's both custody & mental Health, I wrote the ombudsmen who did nothing at all when I told him previous 602's on the same issues were all

②

(COPY)

denied saying the issue was fixed & I'd got all my groups & that's not the case. When you speak up & self advocate the lie & say your Hostile so you can't get to groups. If you check my mental Health file it will prove to you cuz my clinisician & crisis triage documented all this being done wrong. So I'm begging you to please intervene & try to help cuz there pushing us into mental corner's & crisis hoping we snap & lash out. So they can hurt us in retaliation & charge us SHU terms & DA refferal's. We need your help. cuz I've brought these issues up at my last 4 (IDTTS) each time they (Dr. Andercuck) blantantly lies to me saying I fixed it all. It's never been fixed & has been a non-stop growing worse issue. Richard Alvarez # AF-5974 told me to put his name & # in this letter cuz he's having the exact same issues & wants to talk to you guys as I do & wants you to also look into on his behalf. We need & want our groups without them we suffer & decompensate & custody should not be allowed to lie, Threaten, & falsly report things to get our mental Health treatment denied. & mental Health should not stand by & allow it. Per boa # 274 928 they are to give me wheelchair access to groups & they do not still.

PLEASE SEND BACK ALL THESE ENCLOSED DOCUMENTS.

without your help I will be pushed/forced into self harm or harming others which is what custody wants so they can cancel my groups for a week's or 30 days.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)
Page 2 of 2

( EMERGENCY )

| PART I:   TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: David Pangborn
CDCR NUMBER: AW7484
HOUSING: A-3 :30 L

PATIENT SIGNATURE: ( EMERGENCY )
DATE: 8-25-22

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _[handwritten text, largely illegible]_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM. _[handwritten text]_

---

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
OTRR314
INMATE PRIORITY PASS

| INMATE'S NAME | | | |
|---|---|---|---|
| Pangbon, David James | CDC# AW7484 | HOUSING AREA/BED A 002 1 - 030001L | |
| ISSUED BY U. UNKNOWN | ISSUE DATE 07/15/2022 | APPT. DATE 08/25/2022 | APPT. TIME 10:45 |
| APPT. LOCATION A PSU I Trt Cntr Grp RM 12 | TYPE / REASON Mental Health/ | | |
| ARRIVAL TIME: | RECORDED BY: | | |
| DEPART TO: | DEPART TIME: | RECORDED BY: | |

172

---

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
OTRR314
INMATE PRIORITY PASS

| INMATE'S NAME | | | |
|---|---|---|---|
| Pangbon, David James | CDC# AW7484 | HOUSING AREA/BED A 002 1 - 030001L | |
| ISSUED BY U. UNKNOWN | ISSUE DATE 07/13/2022 | APPT. DATE 08/25/2022 | APPT. TIME 08:15 |
| APPT. LOCATION A PSU I Trt Cntr Grp RM 7 | TYPE / REASON Mental Health/ | | |
| ARRIVAL TIME: | RECORDED BY: | | |
| DEPART TO: | DEPART TIME: | RECORDED BY: | |

171

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)
Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:        MEDICAL ☐        MENTAL HEALTH ☒        DENTAL ☐        MEDICATION REFILL ☐

NAME David Pangborn

CDCR NUMBER AW7484

HOUSING A-2-~~~~ 130-L

PATIENT SIGNATURE _____ (EMERGENCY)

DATE 8-25-22

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) Today Sgt williams told me he was going to falsely tell Sgt Peterson that I was hostile toward so he could cancel my groups for the rest of the week & that the next time he pulls me out for escort he's going to slam me face first into the ground & then stomp on my head in. Being denied my group by custody & then on falsely reporting things & threatening me is causing me to mentally decompensate

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM capt ally at Nitala Crisis Triage, will address this.

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: | 000000298993 | Date Received: |
|---|---|---|---|
| | Decision Due Date: | | |
| | Categories: | | |

**Claimant Name:** PANGBORN, DAVID JAMES                CDCR #: AW7494

**Institution/Parole Region:** CSP-SAC        Current Housing/Parole Unit: A-2-130-L

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** 000000298993        **Claim No:** 1,2

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ Im appealing on all grounds & actions but the (OOG) did not turn the 602-1 & supporting documents I during effective communication I asked what this log# is about the CD states) to I don't know. Use 602# 306111 in support of this. The (oog) also this as a tactic so not an Due Process is violated bc im unable to appeal properly litigate properly. I assert the courts property. Im appealing the staff misconduct action as I don't think it was but an unqualified, I don't have the 602-1, I appeal the rejection as it can't be a dup. the issue or the conduct happened on a different date, time, & is impossible to be exactly the same violation. but cim on the (OOG) did not return

> This form shall be submitted by mail to:
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**OOA RECEIVED**

**SEP 28 2022**

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will not consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:**                **Date Signed:** 9-25-22

_ADA Accessible_

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**                          **CONTINUATION PAGE**               DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-2 (Rev. 01/22)                                                                                           Page 2 of 2

**OGT Log No:** _____000000298993_____          **Claim No:** 1, 2 _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* the 602-1 & documentation was not able to properly appeal & therefore this appeal & grievance is biased, unfair, & improper. I want the 602-1, supporting documents, & 602-2 all returned to me & this entire grievance granted. I am not able to get a disco review as CSP SAC has denied my 12 requests for one since 1-1-2022 to present date.

NOT RECEIVED



Prison Generated Mail
CSP-SACRAMENTO

US POSTA

ZIP 95630
02 4W

28 SEP 26 2022

David Pangborn
#AW7484
A-2-130-L
CSP-SAC
100 Prison Road
Represa, CA, 95671)

RECEIVED
SEP 26 2022
Office of Appeals
MAILROOM
(CSP-SAC-CR)
P.O. Box 942883
Sacramento, CA, 95811

OOA RECEIVED
SEP 28 2022

— CONFIDENTIAL —
LEGAL MAIL

Martin Lopes 9-25-22 98459
— CONFIDENTIAL —
** LEGAL MAIL **



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** PANGBORN, DAVID JAMES        **Date:** 09/05/2022

**CDC#:** AW7484

**Current Location:** SAC-Facility A        **Current Area/Bed:** A 002 1 - 030001L

**Log #:** 000000298993

---

## Claim #: 001

**Received at Institution/Parole Region:**    California State Prison, Sacramento

**Submitted to Facility/Parole District:**    SAC-Facility A

**Housing Area/Parole Unit:**

**Category:** General Employee Performance      **Sub-Category:** Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation received your grievance on 08/30/2022 which you submitted on 08/25/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

---

## Claim #: 002

**Received at Institution/Parole Region:**    California State Prison, Sacramento

**Submitted to Facility/Parole District:**    SAC-Facility A

**Housing Area/Parole Unit:**

**Category:** General Employee Performance      **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 08/30/2022 which you submitted on 08/25/2022. This claim has not been assigned for review or response because it is being handled as specified below.

Claim # 002:

Your claim concerning General Employee Performance;Substandard Performance is rejected for the reason or reasons indicated below:

This claim is substantially duplicative of a prior claim you already submitted, which is either pending an answer or has already been answered.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Rejected**



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:**  PANGBORN, DAVID JAMES          **Date:**  11/27/2022

**CDC#:**  AW7484

**Current Location:**  SAC-Facility C               **Current Area/Bed:**  C  008 1 - 021001L

**Log #:**  000000298993

---

## Claim #   001

**Received at Institution/Parole Region:**  California State Prison, Sacramento

**Submitted to Facility/Parole District:**    SAC-Facility A

**Housing Area/Parole Unit:**

**Category:**  General Employee Performance          **Sub-Category:**    Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 09/28/2022 which you submitted on 09/25/2022. This claim has not been assigned for review or response because it is being handled as specified below.

Claim # 001:

Your claim concerning General Employee Performance; Other Staff Misconduct - NOS is being rejected by the Office of Appeals for the reason or reasons indicated below.

Pursuant to California Code of Regulations, Title 15, Section 3483 (I)(2), Completion of the review process by the Institutional or Regional Office of Grievances resulting in a decision of "identified as staff misconduct" constitutes exhaustion of all administrative remedies available to a claimant within the Department. After which no appeal is available because the claim was exhausted at the conclusion of the review by the Institutional or Regional Office of Grievances.

This serves as the Department's final decision regarding this claim.

**Decision: Rejected**

---

## Claim #   002

**Received at Institution/Parole Region:**   California State Prison, Sacramento

**Submitted to Facility/Parole District:**    SAC-Facility A

**Housing Area/Parole Unit:**

**Category:**  General Employee Performance          **Sub-Category:** Substandard Performance

### I. ISSUE ON APPEAL

It is appellant's position that the Search & Escort officer, Correctional Officers Peterson, McDonald, Carathers, Williams, Garrison, and Yang are falsely reporting acts to prevent appellant from attending group.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

Title 15, section 3000, 3001, 3380 and 3483

**B. DOCUMENTS CONSIDERED**

CDCR Form 602, Log #298993; CDCR Form 602, Log #294832

## III. REASONING AND DECISION

A review of CDCR Form 602, Log #294832 does mention Correctional Officers Garrison, Yang, Williams, McDonald, Carathers and provides information about appellant not being allowed to attend group. However, within the current claim, appellant indicates staff's actions are "continuous." Within the previous claim, appellant provided a specific that due to a certain illness, staff would not allow appellant to attend group. However, appellant was less specific in this claim and includes the name "Peterson", which was not included in CDCR Form 602, Log #294832. Further, appellant indicates at the beginning of both CDCR Form 602's that "Today" and self-dated the documents on different dates. For these reasons, there is insufficient information to determine this as substantially duplicative. Claim #2 is granted.

## IV. REMEDY

The California State Prison - Sacramento shall open a new Offender Grievance Tracking log number to review this matter. The Centralized Screening Team shall review this claim consistent with Title 15, section 3480 and 3481. Also, two additional claims shall be created. One claim shall encompass appellant's overlooked allegations against medical staff from the CDCR Form 602-1 regarding "Dr Anderchuck & dr. Frandeich" are not doing anything to help appellant and are assisting all of the correctional officers in denying appellant mental health treatment. The other claim shall encompass the newly raised issue that staff allegedly will not allow appellant an Olson review.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | Reviewing Authority | 11/26/2022 |

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of this Exhibit: Loa# 334186

Number of pages to this Exhibit: 17 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [X] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

# 334186



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** PANGBORN, DAVID J.  **CDC#:** AW7484

**Date:** 11/29/2022

**Current Location:** SAC-Facility C  **Current Area/Bed:** C 008 1021001L

**From:** Office of Grievances at California State Prison, Sacramento

**Re:** Log # 000000334186

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Sacramento received your grievance on 11/29/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 01/29/2023.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

C/o Peterson 602

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

334186

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 258-993 | Date Received: |
|---|---|---|
| | Decision Due Date: | CSP-SAC APPEALS |
| | Categories: | AUG 30 '22 AM10:27 |

Claimant Name: David Pangborn          CDCR #: AW7484

Institution/Parole Region: CSP-SAC          Current Housing/Parole Unit: A-2-130-L

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

In order for the Department to understand your complaint, please answer all of the following questions:

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

Today at around 8:42 Am C/o Williams told me, I could not get a group eventhough I was ducted. I told him to take the Ducat & show C/o Peterson so he could allow me to another group. Because yesterday C/o Peterson in the precene of C/o Carothers & Ms. P(RT) clinician if and only if you got a ducat & were ducated it one, is canceled you can be allowed into another group. So C/o Williams came back & stated he Falsly reports to C/o Peterson that I was Hostile, loud, & to cancel my 10:45 Am group (See Attached Ducatis) 12) of them. which C/o Williams did do. C/o williams also stated to me" the next time he pulls me out for a escort to group that he's going to slam me face first into the ground & then stomp my head in" which is a criminal/terroist threat & I want to file criminal charges against him. If a citizen's complaint against him (See Attached cdcr 1858). Crisis triage, M3. Cone, & Lt. Vitale, & A-2 C/o's Rios, Karshner, Campbell, Morena, Sanderi, all told me & crisis triage, that this is all wrong, & that (EOP) treatment C/o's & S&E's are allowing this to happen to me on a continual basis. These Falsly reporting acts to deny me group's so that I'm unable to obtain mental Health treatment. Which is being done by all (EOP) S&E's, C/o Peterson, C/o Mcdonald, C/o Carothers, C/o Williams, C/o Garrison, C/o Yang. which is causing me to Decompensate rapidly mentally, & Emotionally. It's causing me to have Suicidal Ideations at time. Dr. Anderson & Dr. Franchich's are not doing anything to

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**                    **CONTINUATION PAGE**                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-1 (Rev. 01/22)                                                   Page 2 of 2

help me. But are assisting all the Clo's listed in this 602 in denying me mental health treatment & groups, & Crses. Causing me to suffer mental Anguish & pain & suffering. I want the (T.A.R.T) team to assess Clo William's threat against me. & for him to recieve discipline, loss of overtime Vacation time, 12% of his check deducted for 24 months. I want (CDCR) Interal Affairs to investigate, Clo williams, Clo Peterson, & Clo Garrison. I want to file a citizen's complaint against Clo ~~williams~~ William's for falsifying ~~documents~~ reports & threatening me with physical violence & harm. I want monatcarary compensation. I want for CSP-SAC Clo's to stop threatening me with physical harm & injury immediatly. I want CSP-SAC Clo's to stop retaliating against me immediatly. I want (EPP) treatment center Clo's to let me goto my group & stop denying me mental health treatment. I want them to stop ~~me~~ falsifying documents & reports. I want to use Clo's Riar, karshner, Cantpell, & Sanders as witnesses in this grievance, as well as Lt. Vitali. As they have, told me, my clinician Ms. Cone, & crisis Triage mde. clinician dated 8-18-22, 8-19-22, 8-25-22 that everything I'm said is true. Clo Sander's told me directly that he told him everything I said to the crisis triage clinician today was 100% true & fact. Crisis triage clinician told me to contact the coleman attorneys so the attached letter is the letter I want used as supporting documents & the one I sent to the coleman attorneys. I also attached (2) CDCR 7362's as well to be used as supporting documents. Because of all this treatment I'm going to purposely continue to infect inmates with my HIV blood & staff on staff until this is addressed & I get all my groups for every group I miss I'll infect one person with HIV I've got no choice, cuz nothing else is working. 602's don't work, talking doesn't work, ICC, IDTT doesn't work cuz they just lie & say everything is fixed & ok now, which is a bald face lie.

Claimant Signature: _____                    Date Signed: 8-25-22

*ADA Accessible*

① (COPY)

August 25, 2022
Thursday

TO: Coleman Attorneys,

My name is David Pangborn cdc#AW7484, I'm writing because the Crisis Triage clinisians, Ms. Sone my clinisian & Lt Vitale all told me to write you to try & get help on the issues below. Attached/Enclosed is 602 Log# 294832 please return the original to me along with some envelopes so I can send you their 602 & documents to show you all that's wrong. Now I've been denied groups by the (EOP) treatment center Clo's (Williamson, Peterson for crison Yang, Mcdonald, & Garothars) due to Im (ADA) & waistchains so they pick me up last discriminating against me & take me back first making me lose approximatly 38 to 51 minutes of treatment when I 602'd it they all started retaliating against me cinstantly denying me groups by falsly reporting Im upset so they cancel my groups, or falsly stating I refused my groups so I can't go, or when I'm sick & have did recs I go back early twice, they canceled my groups all week. The Clo Garrison & Williamson threatened to hurt me, & beat me. Garrison on the 18th & Williamson on 8-25-22 Which I 602'd also. And caused me to have suicide idedtions from mentally decompensating & being denied treatment. In the last month I've turned in over (30) 73625. my clinisian, Lt. Vitale, & crisis Triage has brought this to Dr. Andorchuck & Dr. Francheschi, & Lt. Hobbsett's attention & intead of helping me fixing it, & allowing me treatment. They all work together in tandum to mentally tortura me & cause me to suffer & have increased symptoms of Depression, Anxiety, stress & crying spells. + I filed previos 602's both custody & mental Health, I wrote the ombudsman who did nothing at all when I told him previous 602s on the same issues were all

②

(COPY)

denied saying the issue was fixed & I'd got all my groups & that's not the case.
When you speak up & self advocate the lie & say your hostile so you can't go to
groups. If you check my mental health file it will prove to you cuz my clinician &
crisis triage documented all this being done wrong. So I'm begging you
to please intervene & try to help cuz there pushing us into mental
corners & crisis hoping we snap & lash out. So they can hurt us in
retaliation & charge us SHU terms & DA referrals. We need your help.
Cuz I've brought these issues up at my last 4 (IDTTS) each time they
(Dr Anderduck) blatantly lies to me saying I fixed it all. It's
never been fixed & has been a non-stop growing worse issue. Richard
Alvarez # AF-5974 told me to put his name & # in this letter as
he's having the exact same issues & wants to talk to you guys as
I do & wants you to also look into on his behalf. We need &
want our groups without them, we suffer & decompensate. &
Custody should not be allowed to lie, Threaten, & Falsly report thing's to
get our mental health treatment denied. & mental health should not
stand by & allow it. Per bo2 # 274928 they are to give me
wheelchair access to groups & they do not still.

PLEASE SEND BACK ALL THESE ENCLOSED DOCUMENTS.

Without your help I will be pushed/forced into self harm or
harming others which is what custody wants so they can
cancel my groups for 2 weeks or 30 days.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

(+ EMERGENCY)

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME  David Pangborn   CDCR NUMBER AW7484   HOUSING A-D 130 L

PATIENT SIGNATURE     (EMERGENCY)     DATE 8-25-22

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

---

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
OTRR314         INMATE PRIORITY PASS

INMATE'S NAME
Pangborn, David James     CDC# AW7484  HOUSING AREA/BED A 002 1 - 030001L
ISSUED BY U. UNKNOWN   ISSUE DATE 07/15/2022  APPT. DATE 08/25/2022  APPT. TIME 10:45
APPT. LOCATION A PSU 1 Trt Cntr Grp RM 124   TYPE / REASON Mental Health/
ARRIVAL TIME:   RECORDED BY:
DEPART TO:   DEPART TIME:   RECORDED BY:

172

---

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
OTRR314         INMATE PRIORITY PASS

INMATE'S NAME
Pangborn, David James     CDC# AW7484  HOUSING AREA/BED A 002 1 - 030001L
ISSUED BY U. UNKNOWN   ISSUE DATE 07/13/2022  APPT. DATE 08/25/2022  APPT. TIME 08:15
APPT. LOCATION A PSU 1 Trt Cntr Grp RM 7   TYPE / REASON Mental Health/
ARRIVAL TIME:   RECORDED BY:
DEPART TO:   DEPART TIME:   RECORDED BY:

171

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
David Pangborn

CDCR NUMBER
AW7484

HOUSING
A-2- ~~~~ 130-L

PATIENT SIGNATURE
(EMERGENCY)

DATE
8-25-22

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) Today C/o williams told me he was going to falsly tell C/o Patterson that I was hostile & bold so he could cancel my groups for the rest of the week & that the next time he pulls me out for escort. He's going to slam my face first into the ground & then stomp my head in. Being denied my groups by custody & then me felt by reporting things & threatening me is causing me to mentally decompensate

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM. rapidly a GM video crisis triage, will addressed this

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: | 000000334186 | Date Received: |
| | Decision Due Date: | | |
| | Categories: | | |

**Claimant Name:** _____

**Institution/Parole Region:** _____   **Current Housing/Parole Unit:** _____

OOA Review
Imminent Risk Y / N
OOA Notification Y / N
Initials: _____ Date: _____     **STAFF USE ONLY**

**OOA RECEIVED**

FEB 09 2023

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** _____   _____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ I appeal because I was denied group &
C/o Peterson is lying & falsifying documents & records out of retaliation. He's called
me a snitch in front of alot of inmates placing my life in danger. C/o Peterson
also threatened to beat me / assault me. Group were not cancelled mine was. So I
appeal on all the same grounds & actions. and the redirected part is done
properly. cus escorting this denying me group is not a mental health issue
but a policy issue.

> This form shall be submitted by mail to:
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the
Office of Grievances when reviewing your appeal, but will not consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____     **Date Signed:** 2-5-23

_ADA Accessible_

no violation of policy or procedure can be found.

For the reasons cited above, this grievance is disapproved.

**IV. Comments**

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Prudhel [PRJO002] | Reviewing Authority | 01/27/2023 |

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**OGT Log No:**    000000394186          **Claim No:**

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because*

OOA RECEIVED

FEB 1 9 2023

*ADA Accessible*

California State Prison-Sacramento
P.O. Box 290066
Represa, CA 95671

NAME David Pangborn
CDCR# AWN84 Facility/Bed: 2 D 145-L OOA RECEIVED

FEB 09 2023

STATE PRISON
GENERATED MAIL RECEIVED

FEB 06 2023

OFFICER MAILROOM

— CONFIDENTIAL
✻ LEGAL MAIL ✻

U.S. POSTAGE
$000.84

office of Appeals
(CDCR)
P.O.Box 942883
Sacramento, CA, 95811

Panagos
Pu

46343

2·5·23

— CONFIDENTIAL —

ⵣ LEGAL MAIL ⵣ

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL.
If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval

- No padded envelopes, cardboard, bubble wrap
- No musical greeting cards, videos's, CD's and/or cassette tapes.
- No cash, no pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures
- All incoming mail must have full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL
- 40 Postage stamps/40 envelopes
- Letters/greeting cards
- Checks/money orders with inmate's name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) MUST come directly from the vendor
- For funds to be mailed directly to inmates account, send through
  www.ipay.com or (800) 574-5729

 CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** PANGBORN, DAVID JAMES          **Date:** 01/28/2023
**CDC#:** AW7484

**Current Location:** SAC-STRH          **Current Area/Bed:** Z 001D1 - 145001L

**Log #:** 000000334186

---

**Claim #: 001**

**Received at Institution/Parole Region:** California State Prison, Sacramento
**Submitted to Facility/Parole District:** SAC-Facility C
**Housing Area/Parole Unit:**
**Category:** Offender Activities          **Sub-Category:** Other Program - NOS

### I. CLAIM

I/M alleges I/M was not afforded the opportunity to go to group when I/M provided a Ducat on 08/25/2022.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Operational Procedure 129- Psychiatric Services Unit

#### B. DOCUMENTS CONSIDERED

1.Strategic Offender Management System (SOMS) Health Care Access Appointment Tracking Status System

### III. REASONING AND DECISION

1.The Strategic Offender Management System (SOMS) Health Care Access Appointment Tracking Status System indicates the groups on 8/25/2022 were cancelled by the Healthcare Staff.

2.I contacted Officer S. Peterson who provided a verbal statement regarding the group cancellation on 8/25/2022.

On August 25, 2022, INMATE PANGBORN submitted a 602 alleging Officer Peterson and the Building Officers denied him access to his scheduled groups in the A-Facility Psychiatric Services Unit Treatment Center on August 25, 2022.

On January 19, 2023, I contacted Officer Peterson in the A-Facility Psychiatric Services Unit Treatment Center who stated on August 25, 2022, the Healthcare staff in the A-Facility Psychiatric Services Unit Treatment Center, cancelled the scheduled groups on the day in question. Officer Peterson also stated PANGBORN became very irate when he was notified the groups were cancelled. Officer S. Peterson notated the cancellation and PANGBORN's actions in the Strategic Offender Management System (SOMS) Health Care Access Appointment Tracking Status System. All acquired documentation, interviews, supporting arguments, and discoverable facts have been considered as a result of this inquiry. Based on the information gathered this appeal is being denied.

### IV. Comments

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Prudhel [PRJO002] | Reviewing Authority | 01/27/2023 |

## Claim #: 002

**Received at Institution/Parole Region:**  California State Prison, Sacramento
**Submitted to Facility/Parole District:**  SAC-Facility C
**Housing Area/Parole Unit:**
**Category:**  Offender Services                    **Sub-Category:**  CCHCS

The California Department of Corrections and Rehabilitation received your grievance on 11/29/2022 which you submitted on 11/29/2022. This matter was redirected to the California Correctional Health Care Services Division in accordance with the California Code of Regulations, title 15.

The Health Care Grievance Coordinator will respond separately in accordance with their governing regulations.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Redirected**

## Claim #: 003

**Received at Institution/Parole Region:**  California State Prison, Sacramento
**Submitted to Facility/Parole District:**  SAC-Facility C
**Housing Area/Parole Unit:**
**Category:**  Offender Case Records                    **Sub-Category:**  Other Case Records Issue - NOS

### I. CLAIM

You claim that you should be granted an Olson Review

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

DOM Section 13030.16 Access to Records

#### B. DOCUMENTS CONSIDERED

OOG Log# 3334186 Claim# 003
OOG Log# 298993

### III. REASONING AND DECISION

Regarding your claim that you should be granted an Olson Review. CDCR Departmental Operations Manual (DOM) Section 13030.16 Access to Records states "Each individual has the right to inquire and be notified whether CDCR maintains a record about him or her. Inmates are granted access and review of information pertaining to themselves under case law (Olson v. Pope (1974). On 01/27/2023 you were able to review your ERMS FILE which contained 3642 pages. You also review about 324 pages of your SOMS file on 1/27/2023. Multiple attempts were made to get the entire SOMS file recorded for your review, however, each time the report was requested it timed out due to the size of the file. As a result, you were able to review most of your C-file and every attempt will be made to retrieve the remainder of your file for your review. A follow up Olson Review will be conducted NLT 2/10/2023. As a result,

no violation of policy or procedure can be found.

For the reasons cited above, this grievance is disapproved.

## IV. Comments

### Decision: Denied

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Prudhel [PRJO002] | Reviewing Authority | 01/27/2023 |

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: _____ 000000334186 _____ Date Received: _____ |
|---|---|
| | Decision Due Date: _____ |
| | Categories: _____ |

**Claimant Name:** _____ PANGBORN, DAVID JAMES _____    **CDCR #:** _____ AW7484 _____

**Institution/Parole Region:** _____ **Current Housing/Parole Unit:** _____

---

**STAFF USE ONLY**

---

*Use this form to appeal a decision or a remedy by the Office of Grievances.*

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** _____ 000000334186 _____    **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* _____

_____

_____

_____

_____

_____

_____

| This form shall be submitted by mail to: |
| Office of Appeals |
| Department of Corrections and Rehabilitation |
| P.O. Box 942883 |
| Sacramento, CA 95811 |

**IMPORTANT:**

The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will <u>not</u> consider any new documentation. Therefore, it is recommended you not attach any documentation to this form. **Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____    **Date Signed:** _____

*ADA Accessible*



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:** PANGBORN, DAVID JAMES
**CDC#:** AW7484
**Current Location:** SAC-STRH

**Date:** 04/10/2023

**Current Area/Bed:** Z 001D1 - 145001L

**Log #:** 000000334186

## Claim # 001

**Received at Institution/Parole Region:** California State Prison, Sacramento
**Submitted to Facility/Parole District:** SAC-Facility C
**Housing Area/Parole Unit:**
**Category:** Offender Activities                    **Sub-Category:** Other Program - NOS

### I. ISSUE ON APPEAL

You allege that staff did not allow you to attend group on August 25, 2022.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3481

#### B. DOCUMENTS CONSIDERED

CDCR Form 602-1 and 602-2, OGT log #334186
Strategic Offenders Management System Appointment Scheduling

### III. REASONING AND DECISION

According to the Department's health care access appointment tracking system, on August 25, 2022, the groups in question were cancelled by health care staff. Additionally, staff in the Facility "A" Psychiatric Services Unit Treatment Center also confirmed that scheduled groups were cancelled that day. Based upon a preponderance of the evidence reviewed, there is sufficient evidence to conclude that staff followed applicable rules and regulations concerning this matter. Therefore, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 04/09/2023 |

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: 602# 310474

Number of pages to this Exhibit: ___7___ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court
☒ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Clo Peterson



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:**  PANGBORN, DAVID JAMES                    **Date:**  10/22/2022

**CDC#:**  AW7484

**Current Location:**  SAC-Facility A                    **Current Area/Bed:** A  002 1 - 030001L

**Log #:**  000000310474

---

**Claim #: 001**

**Received at Institution/Parole Region:**          California State Prison, Sacramento
**Submitted to Facility/Parole District:**          SAC-Facility A
**Housing Area/Parole Unit:**
**Category:**  General Employee Performance                    **Sub-Category:**  Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 09/29/2022 which you submitted on 09/28/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

## Plan of Action Notification

DATE: September 29, 2022

NAME: PANGBORN            CDC#: AW7484            HOUSING: A2-130

The Grievance Office has received your grievance regarding "Emergency/Safety Concerns" that you submitted to the Grievance Office. The Grievance was received by the Grievance Office on 09/29/2022.

Per Title 15 Section 3483(a)
    The Grievance Office has notified the appropriate staff regarding your concerns and they will be addressed accordingly.

The facility Captain has been made aware of your concerns.

Office of Grievances
CSP-Sacramento

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | Grievance #: 310474 | Date Received: CSP-SAC APPEALS SEP 29 '22 AM 3:17 |
|---|---|---|
| | Date Due: | |
| | Categories: | |

*This is the process to ask for help with a complaint.*

Claimant Name: David Pangborn   CDCR #: AW2484 Current Housing/Parole Unit: A-2-130-L

Institution/Facility/Parole Region: CSP-SAC

In order for the Department to understand your complaint, make sure you have answered the following questions:

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.*
- *What specific action would resolve your complaint?*

Attached in support of this 602 is (2) Declarations written, signed, & dated by them & 1-CDCR 1858. Now on 9-22-22 in the A-Facility, yard 85V cages Cb Peterson approached my cage, and told me loudly for all inmates to hear called me a "Snitch" for utilizing the 602 process against him previously. All while Cb williams hushed in aknowledgement. Cb Peterson did this knowingly and maliciously knowing that the word Snitch & being labeled as such. Will put a target on you with the inmate population. and by him doing so now has ensured that some inmates will consider me a snitch & try, if they get the chance to stab & kill me. Then later that day in gym room B&b (Use, down b&d, & electronically attach video footage in B&b on 9-22-22 from 10.00Am thru 2:00pm) He approached my cage, & stated "Very soon in the future I'm going to set you up So I can beat you down & put you in the hospital that way you'll really need that walker." I told him to shut the fuck up! He said "You won't have that walker any more soon I call Dr. mc & make sure of it." Which he did & now I have no (DME's) due to him. Then the next day or the sunday & I forgot which I'm sure it was the next day. Use video for 9-23-22 & 9-24-22 as evidence in support of this claim. He put the waist chain on & purposely left the lock undone so he could make good on his threat to, set me up & assault me. I being on guard felt & undone in view of the cameras and other inmates & staff put very little tension on it like

DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

chain's came undone. C/o Peterson laughed as did C/o Williant they said "oops" "to bad your a prisoner." On the walk back C/o Peterson stated "Oh well almost got you but you caught the loose lock but your walker will still be gone. I told Dr Ma I saw you walking without in the cages. I told him your afaid to b the physical therapist both told me. to do that. He Peterson stated wont matter Dr. ma will help me out because when ever he doesn't want me to let people come to group because they wont give up there (DME'S) I lose. I want C/o Peterson Disciplined, retrained without pay 10%. P his check deducted for 12 month's, less of overtime & vacation time citizen's complaint filed against him. Monetary compensation. I want to stop being retaliated against. I want my (DME'S) that I need to use the shower's, bathroom, phone's, get court, legal visits, group, one on one, yard used as punishment and as a behavioral modification tactic. EP the (ARSS) footage is not used, saved, & attached then it shows & proves beyond preponderance of evidence that CSP "AC" is covering up misconduct, falsifying document's, & report's, destroying evidence, violating policy & procedure's, & conducting biased, unfair, & improper appeal's, investigations also in violation of the Title's & D.O.M.

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _____    Date Signed: 9-28-22

DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE  [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME  David Pancborn | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER  AWN484 | DATE SIGNED  9-28-22 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

DECLARATION BY MORENO # J56912

1  
2 I AM OVER 18years AND NOT A part TO THIS ACTION,
3 I DECLARE AS Follow's:
4 #1) AT ARound 9:50 AM AT yard c/o PeterSon Aggresiely
5 And with milece said loudly THAT Inmate DAvid Punghorn # AW7484
6 is A "snitch" because he Filed A 602 Against c/o Peterson,
7 c/o Williams Agree And intigated it All by Laughing AT The label
8 It made All OF us distunce oneselves From Punghorn even Though I
9 wRote This For Punghorn This will be The LasT Time I do anything
10 For him in case he is one I canT be aRound Some one like
11 That. But Thats why c/o Peterson And Williams did it TO cause
12 THis to happen To Punghorn And hopeing he gets beat up or
13 stabbed.
14       I Declare under The penalty oF perjury That
15 the above is true and Correct.
16  
17 Dated: 9-22-22
18                     Sign name here:
19     Moreno    /    Moreno # J56912
20         (DeclarnT)

1  Declaration BY. Robert VALDEz A.m. 8091
2  I am over 18 years old AND not a part to this action
3  I Declare as follows:
4  #1) on 9-21-22 At About 10:10 A.m. I was on the YARD
5  in a cage Accross from DAUID PANGBORN # AW 7484 When C/O
6  Peterson confronten inmate PANGBORN after PANGBORN tolo C/O Peterson
7  it's not funny that you GUYS Assaulten a (ADA) inmate for refushig
8  to coff UP behind his Back when he has a cane. C/O peterson
9  became Haisstile & upset & told PANGBorn really loud so all the
10 Inmates On the YARD could hear "why dont You stop snitching
11 On me with your 602s" which caused all the Inmates to look
12 at PANGBord in a BAD why as that word snitch will label
13 someone In a negitive light AND CAN cAUSE PANGBORN to be Assaulded
14 & OR stabbed behind that word-which I believe he did intentionally
15 to Get PANGBorn Assaulten. which is Also an act of retaliation
16 for filing a greevence which is a right & backen by the First
17 Amendment. C/O Peterson is constantly doing things to Inmates
18 which damageses & decreases our mental Health; C/O williams
19 stand BY AND lAUGHED at his Actions showing his support for C/O
20 Peterson misconduct
21
22 I declalare under the Penalty of purgery the ABove IS
23
24 TrU AND correct
25
26 Date 9-21-22                    Robert Valdez A.m. 8091
27
28

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: ____7____ pages.

JURISDICTION:   (Check only one)

- ☐ Municipal Court
- ☒ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☐ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** PANGBORN, DAVID JAMES          **Date:** 03/20/2022

**CDC#:** AW7484

**Current Location:** SAC-Facility A          **Current Area/Bed:** A 002 1 - 030001L

**Log #:** 000000232940

---

## Claim #: 001

**Received at Institution/Parole Region:**    California State Prison, Sacramento
**Submitted to Facility/Parole District:**    SAC-Facility A
**Housing Area/Parole Unit:**
**Category:**  General Employee Performance          **Sub-Category:**  Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 03/11/2022 which you submitted on 03/10/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

**CALIFORNIA DEPARTMENT** *of*
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** PANGBORN, DAVID J.                    **CDC#:** AW7484

**Date:** 03/11/2022

**Current Location:** SAC-Facility A                    **Current Area/Bed:** A 002 1030001L

**From:** Office of Grievances at California State Prison, Sacramento

**Re:** Log # 000000232940

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Sacramento received your grievance on 03/11/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 05/11/2022.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Grievance #: _233940_ | Date Received: |
| | Date Due: | CSP-SAC APPEALS |
| | Categories: | MAR 11 '22 AM 11:04 |

_**This is the process to ask for help with a complaint.**_

Claimant Name: _David Pangborn_ CDCR #: _AW7484_ Current Housing/Parole Unit: _A-2-130-L_

Institution/Facility/Parole Region: _CSP-SAC_

In order for the Department to understand your complaint, make sure you have answered the following questions:

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned._
- _What specific action would resolve your complaint?_

This is a staff complaint / citizen's complaint against C/o Peterson, for retaliation & refusing to allow me to be escorted to group. (See attached Priority Ducat) dated 3-10-22. Yesterday I refused to attend my group upon arrival due to I was being isolated & left out & unable to participate. Then I said I wanted to go to my one on one with my clinician which he refused to let me go to. At no time was I hostile, angry, visibly or emotionally upset. I was not disrespectful or nor did I use foul language. Peterson told me, "If you refuse this group you can't go to your one on one either, you will be taken back to your cell." I told him I wanted to go to my one on one. He said no your making me close down a group so your done here. View the (AVSS) system from (PSU) EOP treatment center all the way to A-2-130-L. Not once was I hostile or aggressive or acting up. Then today I told Mcdonald, C/o Carothers, C/o Garrison, C/o Williams I had group & showed them my ducat. They all said the same thing we won't take you to group anymore because you made us close a group because you didn't want to stay in the group which had only me & one other person. This is rapidly & dractically making me de-compensate, & starting again today, I will be actively & purposely exposing/infecting inmates in A-2 with HIV. I want the (AVSS) system used as evidence in this (602) as it will clearly show at no time was I agitated. I'm being retaliated against for no reason at all. Which C/o Peterson is doing knowingly & maliciously for the sole purpose to cause my mental health to deteriorate, which is happening. Claim to is a staff complaint against C/o Peterson,

DISTRIBUTION     Original: Claimant's File     Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

William's, Garrison for not wearing the (N95) mask's in the, A-2 unit & during escort's view (AVSS) in A-2 on 3-9-22 But 1:15 pm thru 2:45 pm & on 3-10-2 at 10:40 Am thru 12:00 pm. This is a violation of covid-19 policy & (CDCR) policy which is and has placed my health & safety at risk. I need me mental Health group, my one on one's. They were helping me but my CO's are not letting me go so I'm suffering from there retaliation. The person who ran the group can't confirm I asked him & Co Peterson that I did not want to be in group only get to my one on one. But in the hallway he refused to let me go. I want the attached & duect & (AVSS) system, used as supporting Documents's I want to file citizens complaints against Clo Peterson, clo Williams, Clo Garrison for not wearing these covid-N95 mask's violating policy, & placing my health & other's in jepordy. I want citizens complaint form's filed against All the above & clo mcdonald & Clo Carothers for retaliation against me, for denying me access to mental health group's Causing me to suffer. I've also attached (4) CDCR 1858 form's as supporting Documents's & a (CDCR) 7362

**Reminder:** Please attach all documents in your possession that support your claim(s).
Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _____  Date Signed: 3-10-22

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:      MEDICAL ☐      MENTAL HEALTH ☒      DENTAL ☐      MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| David Pangburn | AW7484 | A-2-130-L |

PATIENT SIGNATURE                    (EMERGENCY)          DATE  3-13-22

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *(handwritten, largely illegible)* Ms Peterson is retaliating against me for writing up Ms ___ my group yesterday & making her shut that group down since there was only (2) of us. there. Now he's not allowing me to go to any of my groups he's refused me any one on one, with any clinicians. I'm requiring & now I have not refused to go to any of my groups he's having me. Ms says I'm ok or when I'm not she is causing my mental health to deteriorate.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM  drastically. & I'm going to snap.

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer]  **FOR ANY IMPROPER POLICE**  [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME <br> David Pangborn | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER <br> AW7484 | DATE SIGNED <br> 3-10-22 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA            DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CBCR 1858 (Rev. 10/06)

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME<br>David Pangborn | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER<br>AW7484 | DATE SIGNED<br>3-10-22 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858   (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE   [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME  David Pangborn | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER  AW7484 | DATE SIGNED  3-10-22 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION.

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE  [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| David Pangborn | | AW7484 | 3-10-22 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

| INMATE'S NAME | | CDC # | HOUSING AREA/BED |
|---|---|---|---|
| Pangborn, David James | | AW7484 | IA 002 1 - 030001L |
| ISSUED BY | ISSUE DATE | APPT. DATE | APPT. TIME |
| U. UNKNOWN | 02/28/2022 | 03/10/2022 | 10:45 |
| APPT. LOCATION | TYPE / REASON | | |
| A PSU 1 Trt Cntr Grp RM 12 | Mental Health/ | | |
| ARRIVAL TIME: | RECORDED BY: | | |
| DEPART TO: | DEPART TIME: | RECORDED BY: | |

121

EXHIBIT B

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

David Pangborn #AW7484
Z-D-145-L
CSP-SAC
TELEPHONE NO.: 100 Prison Road    FAX NO.:
ATTORNEY FOR (Name): Repress, CA 95671

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 Ninth Street, Rm#101
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA, 95814-1302
BRANCH NAME: Civil Division

Filed
Superior Court of California,
Sacramento
09/08/2023
woltmos
By _____, Deputy
23CV008249

CASE NAME:

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[X] Business tort/unfair business practice (07)
[X] Civil rights (08)
[X] Defamation (13)
[X] Fraud (16)
[ ] Intellectual property (19)
[X] Professional negligence (25)
[X] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[X] monetary b.[X] nonmonetary; declaratory or injunctive relief c.[X] punitive
4. Number of causes of action (specify): 2
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 9-4-23

David Pangborn
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
     Wrongful Death
Product Liability *(not asbestos or
   toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice–
     Physicians & Surgeons
   Other Professional Health Care
     Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
     and fall)
   Intentional Bodily Injury/PD/WD
     (e.g., assault, vandalism)
   Intentional Infliction of
     Emotional Distress
   Negligent Infliction of
     Emotional Distress
   Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil
   harassment)* (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
     *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
     Contract *(not unlawful detainer
     or wrongful eviction)*
   Contract/Warranty Breach–Seller
     Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
     Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections
     Case
Insurance Coverage *(not provisionally
   complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent
     domain, landlord/tenant, or
     foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
     Case Matter
   Writ–Other Limited Court Case
     Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
     Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex
   case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
     County)
   Confession of Judgment *(non-
     domestic relations)*
   Sister State Judgment
   Administrative Agency Award
     *(not unpaid taxes)*
   Petition/Certification of Entry of
     Judgment on Unpaid Taxes
   Other Enforcement of Judgment
     Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
   above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-
     harassment)*
   Mechanics Lien
   Other Commercial Complaint
     Case *(non-tort/non-complex)*
   Other Civil Complaint
     *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified
   above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
     Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late
     Claim
   Other Civil Petition

EXHIBIT C

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SACRAMENTO | Court Use Only |
|---|---|
| COURTHOUSE ADDRESS:<br>Gordon D. Schaber Superior Court<br>720 9th Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER:<br>David Pangborn | |
| DEFENDANT/RESPONDENT:<br>C/O Peterson et al | |
| **NOTICE OF CASE ASSIGNMENT<br>AND CASE MANAGEMENT CONFERENCE<br>(UNLIMITED CIVIL CASE)** | CASE NUMBER:<br>23CV008249 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

### NOTICE OF CASE ASSIGNMENT

Pursuant to rule 3.734 of the California Rules of Court, this action is hereby assigned for limited purposes to the judicial officers indicated below:

| PURPOSE | ASSIGNED JUDGE | COURT LOCATION | DEPARTMENT |
|---|---|---|---|
| **LAW & MOTION** | Richard K. Sueyoshi | Hall of Justice | 53 |
| **CASE MANAGEMENT PROGRAM** | Thadd A. Blizzard | Gordon D. Schaber Superior Court | 43 |

Please refer to Chapter Two – Parts 3 and 4 of the Sacramento Superior Court Local Rules and the Court's website for additional filing instructions and hearing reservation information.

### NOTICE OF CASE MANAGEMENT CONFERENCE

**Hearing Date**

The above entitled action has been set for a case management conference at **8:30 AM** on **August 9, 2024** in **Department 43** in accordance with California Rules of Court 3.722. You must be familiar with the case and fully prepared to participate effectively in the case management conference.

**Case Management Statement**

All parties must file and serve a case management statement at least 15 calendar days before the case management conference. Parties are encouraged to file a single joint case management statement.

**Minimum Requirements**

Prior to the filing of the case management statement, the parties should have done the following:

- Served all parties named in the complaint within 60 days after the summons has been issued
- Ensured that all defendants and cross-defendants have answered, been dismissed, or had their defaults entered
- Met and conferred with all parties as required by CRC 3.724 to discuss and resolve issues set forth therein.

| SHORT TITLE: PANGBORN vs C/O PETERSON, et al. | CASE NUMBER: 23CV008249 |
|---|---|

**Tentative Ruling**

Following its review of the case management statement(s), the court may determine that a case management conference is not necessary. To determine whether an appearance is required, the parties must check the court's tentative rulings after 2:00 p.m. on the Court day before the Friday calendar by accessing the court's internet website at www.saccourt.ca.gov

**Remote Appearances**

Unless ordered to appear in person by the court, parties may appear remotely either telephonically or by video conference via the Zoom video/audio conference platform with notice to the court and all other parties in accordance with Code of Civil Procedure 367.75. If appearing remotely, parties are required to participate in their hearing using a device that has video and/or audio capability (i.e. computer, smartphone, or tablet). Although remote participation is not required, the court will presume all parties are appearing remotely for non-evidentiary civil hearings.

**Certification Filed in Lieu of Case Management Statement**

If parties in the action file a certification on a form provided by the court at least 15 calendar days prior to the date of the case management conference that the case is short cause (five hours or less of trial time), that the pleading stage is complete and that the case will be ready for trial within 60 days, the case will be exempted from any further case management requirements and will be set for trial within 60-120 days. The certification shall be filed in lieu of a case management statement.

**Case Management Orders**

At the case management conference, the court will consider whether the case should be ordered to judicial arbitration or referred to other forms of Alternative Dispute Resolution. Whether or not a case management conference is held, the court will issue a case management order shortly after the scheduled conference date.

**Service of Notice of Case Assignment and Case Management Conference**

Unless otherwise ordered by the court, plaintiff shall serve a copy of this notice on any party to the complaint appearing after the court issued this notice. The cross-complainant shall have the same obligation with respect to the cross-complaint.

**Compliance**

Failure to comply with this notice or to appear at the case management conference may result in the imposition of sanctions (including dismissal of the case, striking of the answer, or payment of money).

**Continuances**

Case management conference(s) will not be continued except on a showing of good cause. If your case management conference is continued on motion or by the court on its own motion all parties shall file and serve a new case management statement at least 15 calendar days before the continued case management conference.

Dated: 09/11/2023                    By: 

**NOTICE OF CASE ASSIGNMENT**
**AND CASE MANAGEMENT CONFERENCE**
**(UNLIMITED CIVIL CASE)**

EXHIBIT D

**FW-003**

## Order on Court Fee Waiver
## (Superior Court)

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Sacramento
09/11/2023
J. Romo, Deputy

**(1) Person who asked the court to waive court fees:**

Name: David Pangborn

Street or mailing address: #AW7484 2-D-145-L CSP-SAC100 Priso

City: Represa  State: CA  Zip: 95671

**(2) Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

*Fill in court name and street address:*

**Superior Court of California, County of Sacramento**

**Gordon D. Schaber Superior Court**

**720 9th Street**
**Sacramento, CA 95814**

*Fill in case number and name:*

**Case Number:**
23CV008249

**Case Name:**
PANGBORN vs C/O PETERSON, et al.

**(3)** A request to waive court fees was filed on *(date):* 09/11/2023

☐ The court made a previous fee waiver order in this case on *(date):*

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your:  ☑ *Request to Waive Court Fees*  ☐ *Request to Waive Additional Court Fees*
**the court makes the following orders:**

a. ☑ The court **grant**s your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):*
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

**FW-003,** Page 1 of 3

| Your name: David Pangborn | Case Number:<br>23CV008249 |
|---|---|

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

- • Pay your fees and costs, or
- • File a new revised request that includes the incomplete items listed:
  ☐ Below     ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below     ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- • Pay your fees and costs in full or the amount listed in c below, or
- • Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
☐ Below     ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
☐ Below     ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

| Your name: | David Pangborn | **Case Number:** 23CV008249 |
|---|---|---|

**Hearing Date**

Date: _____ Time: _____
Dept.: _____ Room: _____

Name and address of court if different from above:
_____
_____
_____
_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 09/11/2023

Signature of (check one): ☑ *Judicial Officer*   ☐ *Clerk, Deputy*

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one)*:

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☑ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* Sacramento _____, California, on the date below.

    ☐ A certificate of mailing is attached.

Date: 09/11/2023

Lee Seale, Executive Officer / Clerk of the Court

Clerk, by ___*/s/ I. Romo*___, Deputy
Name:

**This is a Court Order.**

**FW-010**

## Notice to Court of Improved Financial Situation or Settlement

**CONFIDENTIAL**

*Clerk stamps date here when form is filed.*

**(1) Your Information** *(person with a fee waiver):*

Name: _____

Street or mailing address: _____

City: _____ State: _____ Zip: _____

Phone number: _____

**(2) Your lawyer,** if you have one *(name, address, phone number, e-mail, and State Bar number:* _____

_____

_____

**(3)** Date of your **last** court fee waiver order in this case:

*(date)* _____

*Fill out court name and street address:*

**Superior Court of California, County of**

*Fill out case number and case name:*

**Case Number:**

**Case Name:**

---

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection costs. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

---

**(4)** ☐ My financial situation has changed since the date of the last court fee waiver order in a way that improves my ability to pay fees. I ask the court to do one of the following:

    a. ☐ **End** my fee waiver because my financial situation has improved and I am able to pay my court fees and costs that are due after *(date):* _____ .

    b. ☐ **Review** my updated financial information in the attached *Request to Waive Court Fees.* I believe I am still eligible for a fee waiver. *(Complete form FW-001 and attach to this form.)*

**(5)** ☐ My case has settled for *(check one)* ☐ less than $10,000 ☐ $10,000 or more *(if so, complete a and b below.)*

    a. I *(check one)* ☐ have ☐ have not received the proceeds of the settlement.

    b. The name and address of the party who has agreed to pay the settlement:

_____

_____

---

**I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.**

Date: _____

_____    _____

*Print your name here*        *Sign here*

---

Judicial Council of California, *www.courtinfo.ca.gov*
New July 1, 2009, Mandatory Form
Government Code, § 68636(a)

**Notice to Court of Improved
Financial Situation or Settlement**

**FW-010**, Page 1 of 1

EXHIBIT E

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

David Pangborn #AW7484
2-0-145-L
CSP-SAC
100 Prison Road

TELEPHONE NO.: Represa, CA, 95671   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

*FOR COURT USE ONLY*

**FILED/ENDORSED**

OCT 26 2023

By: _____ K. Fay _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento,
STREET ADDRESS: 720 9th Street,
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Civil Division

PLAINTIFF/PETITIONER: David Pangborn

DEFENDANT/RESPONDENT: Cb Peterson, Et, Al.

**DECLARATION**

CASE NUMBER:
23 CV 008 249

---

Attached is Exhibit (A thru K) in support of this Declaration & claim. Now all these attached 602 & supporting documents & Evidence prove I exhausted my remedies & I Filed Bourd of claims for this against all listed Defendants & did so timely. Now all these & supporting documents prove my claims of Retaliation, Falsifying documents to cause me harm & cover up misconduct, threats of violence & death towards me, Denial of treatment & care both mental Health & medical, negligence, malpractice, covering up misconduct. (ADA) violations. Hippa violation's Allowed & tryed to cover up the fact that the spreading of HIV to inmates & not issuing (KVR's). Pain & suffering & mental anguish. Each Defendant did all this knowingly & maliciously, under the color of Duty, had a legal & human mandate of Duty of care per Title & L.D.o.m. Cb Defendants all violated D.O.M. 33030.3 & L.D.O.M. 33030 3.3. & the U.S. Constitution 1st, 8th, Amendments. My clinician & Dr. Anderchuck were Gaslighting me denying me treatment even when my symptoms & a new diagnosis was issue & increased. & they worked with Cb's Peterson & McDonald to deny me groups, (ADA) accommodation's & told the inmate population about my medical & mental health.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10-24-23

_____ David Pangborn _____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

RECEIVED
OCT 26 2023
CIVIL

MC-031

| PLAINTIFF/PETITIONER: David Pangborn | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: C/o Peterson Et,A). | 23CV008249 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

issues, diagnosis, without my approval. Dr. ma denied me care & treatment, took my (DME's) & Pain management out of retaliation for helping other inmates God & self advocate as claims. C/o Peterson put my life in danger like the buildtims threatened to beat & kill me. did Dr. Anderchuck & strong. both inmates & c/o's wrote SA de's, & Declarations proving my They denied me (ADA) accomodatation & (ADA) discrimination, the captin & c/o Lynch were notified & not only did nothing to prevent it but help attempt to cover it up. They destroyed (Auss) video & body cam evidence violating OP OSU & os9. Even after I clearly told them, the (OOG), And (OOA) to save & secure it & not destroy the favorable evidnca & did so anyways proving my claims of covering up misconduct & falsifying documents. They lied & falsified documents to me & to Dr. Morgan who was present when 1a8 chronis were stated to me would be made & entered into (cms) & wasn't. to cover up I make it look like I'm less than thruthful. The Defendants are all still actively trying to cover up the fact of my HIV spreading to inmates is being done they are not doing anything to address or stop it & Im doing solely to put pressure on the Defendants to address safety & security issues, I've never cried in an 30. years & yet when I says so depressed & stressed I cried, Anxiety attack & hearing voices in the presence of Anderchuck, strong, & (JOTT) was denied treatment, care solely cuz I was help'ig othrs self advocate so I was given less treatment as retaliation for helping other's & & doing C/o Peterson.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10 - 24-20

David Pangborn
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

EXHIBIT F

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** Clinician Strong
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** David Pangborn #AW7484
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FILED/ENDORSED

OCT 27 2023

By: _____ K. Fay _____
Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: Superior Court of California, *(El nombre y dirección de la corte es):* County of Sacramento, 720 Ninth Street Sacramento, CA 95814 | **CASE NUMBER:** *(Número del Caso):* 23CV008249 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David Pangborn #AW7484, CSP-SAC
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
100 Prison Road, Represa, CA 95671

| DATE: OCT 27 2023 | Clerk, by | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear
This Form button after you have printed the form.    Print this form    Save this form    Clear this form

# EXHIBIT G

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED/ENDORSED**

OCT 27 2023

By: _____K. Fay_____
Deputy Clerk

**NOTICE TO DEFENDANT:** Dr. Anderchuck
**(AVISO AL DEMANDADO):**

**YOU ARE BEING SUED BY PLAINTIFF:** David Pangborn #AW7484
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: Superior Court of California, <br> (El nombre y dirección de la corte es): County of Sacramento, <br> 720 9th Street, <br> Sacramento, CA 95814 | **CASE NUMBER:** <br> (Número del Caso): <br> 23CV008249 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David Pangborn #AW7484, CSP-Sac,
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es): 100 Prison Road, Represa, CA, 95671

| DATE: OCT 27 2023 | Clerk, by | , Deputy |
|---|---|---|
| (Fecha) | (Secretario) | (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☐ by personal delivery on (date):

RECEIVED OCT 26 2023

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

Print this form    Save this form    Clear this form

EXHIBIT H

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED/ENDORSED

OCT 27 2023

By: _____ K. Fay
Deputy

**NOTICE TO DEFENDANT:** Dr. Jian Ma
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** David Pangborn #AW7484
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: Superior Court of California<br>*(El nombre y dirección de la corte es):* County of Sacramento<br>720 Ninth Street;<br>Sacramento, CA 95814 | **CASE NUMBER:**<br>*(Número del Caso):*<br>23CV008249 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David Pangborn #AW7484, CSP-SAC,
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
100 Prison Road, Represa, CA, 95671

| | | | |
|---|---|---|---|
| **DATE:** OCT 27 2023 | | Clerk, by _____ | , Deputy |
| *(Fecha)* | | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |

RECEIVED
OCT 26 2023

For your protection and privacy, please press the Clear
This Form button after you have printed the form.     Print this form     Save this form

EXHIBIT I

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<div style="float:right; border:1px solid;">
FOR COURT USE ONLY<br>
*(SOLO PARA USO DE LA CORTE)*

**FILED/ENDORSED**

OCT 27 2023

By: _____ K. Fay _____
Deputy Clerk
</div>

**NOTICE TO DEFENDANT:** Jeff Lynch
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** David Pangborn #AW7484
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Superior Court of California,
*(El nombre y dirección de la corte es):* County of Sacramento,
720 Ninth Street,
Sacramento, CA 95814

| CASE NUMBER: *(Número del Caso):* |
|---|
| 23 CV 008249 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David Pangborn #AW7484, CSP-SAC,
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
100 Prison Road, Represa, CA 95671

**DATE:** OCT 27 2023          Clerk, by _____, Deputy
*(Fecha)*                      *(Secretario)*                      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|



For your protection and privacy, please press the Clear
This Form button after you have printed the form.          Print this form          Save this form          Clear this form

EXHIBIT J

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED/ENDORSED

OCT 27 2023

By: _____ K. Fay
Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*  (CD CR)

**YOU ARE BEING SUED BY PLAINTIFF:** David Pangborn # AW7484
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Superior Court of California,
*(El nombre y dirección de la corte es):* County of Sacramento,
720 9th Street,
Sacramento, CA, 95814

**CASE NUMBER:**
*(Número del Caso):*
23CV008249

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David Pangborn # AW7484, CSP-SAC,
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
100 Prison Road, Represa, CA 95671

DATE: OCT 27 2023            Clerk, by _____ , Deputy
*(Fecha)*                    *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

RECEIVED OCT 26 2023 CIVIL

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]  [ Clear this form ]

EXHIBIT K

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED/ENDORSED

OCT 27 2023

By: _K. Fav_
Deputy Clerk

**NOTICE TO DEFENDANT:** Clo mcdonald
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** David Pangborn #AW7484
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: Superior Court of California, <br> *(El nombre y dirección de la corte es):* County of Sacramento, <br> 720 9th Street <br> Sacramento, CA 95814 | CASE NUMBER: <br> *(Número del Caso):* <br> 23CV008249 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David Pangborn #AW7484, CSP-SAC
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
100 Prison Road, Represa, CA, 95671

| | | |
|---|---|---|
| DATE: <br> *(Fecha)* OCT 27 2023 | Clerk, by <br> *(Secretario)* _____ | , Deputy <br> *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
   by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 <br> *www.courts.ca.gov* |

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

Print this form    Save this form    Clear this form

# EXHIBIT L

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED/ENDORSED

OCT 27 2023

By: _____ K. Fay _____
Deputy

**NOTICE TO DEFENDANT:** Clo Williams
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** David Pangborn #AW 7484
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Superior Court of California,
*(El nombre y dirección de la corte es):* County of Sacramento,
720 9th Street
Sacramento, CA 95814

CASE NUMBER:
*(Número del Caso):*
23CV00824

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David Pangborn #AW7484, (SP-SAC,
*(El nombre, la dirección y el número del abogado del demandante, o del demandante que no tiene abogado, es):*
100 Prison Road, Represa, CA, 95671

DATE: OCT 27 2023
*(Fecha)*

Clerk, by _____, Deputy
*(Secretario)*                         *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

Print this form   Save this form

EXHIBIT M

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)



FILED/ENDORSED

OCT 27 2023

By: _____ K. Fay
Deputy Clerk

**NOTICE TO DEFENDANT:** C/o Peterson
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** David Pangborn #AW7484
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):* Sacramento County
720 9th Street
Sacramento, CA, 95814

CASE NUMBER:
*(Número del Caso):*
23CV008249

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David Pangborn #AW7484, CSP-SAC,
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
100 Prison Road, Represa, CA, 95671

DATE: OCT 27 2023              Clerk, by _____ , Deputy
*(Fecha)*                      *(Secretario)*                        *(Adjunto)*

*For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]          **NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

Print this form | Save this form | Clear this form