UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PANGBORN, | No. 2:23-cv-2976 KJN P |
| Plaintiff, | |
| v. | ORDER |
| C/O PETERSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for access to his legal property and legal supplies.  (ECF No. 8.)  For the reasons stated herein, this motion is denied without prejudice.[1]

Background

On January 12, 2024, the court dismissed plaintiff's complaint with leave to amend.  (ECF No. 5.)  On January 24, 2024, plaintiff filed an amended complaint.  (ECF No. 6.)  On January 26, 2024, the court dismissed the amended complaint with thirty days to file a second amended complaint.  (ECF No. 7.)  In the January 26, 2024, order, the court ordered that if plaintiff filed a

---

[1] Plaintiff's pending motion is unrelated to the merits of this action.  Accordingly, this court may address plaintiff's motion by order.  See Shield v. Cannon, 2012 WL 1604877 (E.D. Cal. May 7, 2012) (magistrate judge may issue orders addressing procedures parties utilize in litigating case, unrelated to merits of the action).

second amended complaint, he could not rely on exhibits to state his claims. (Id.) The court also ordered that plaintiff's second amended complaint could not exceed fifteen pages. (Id.) The court also directed the Clerk of the Court to send plaintiff a form for a civil rights complaint by a prisoner. (Id.) However, it is not clear from the docket whether the Clerk of the Court sent the complaint form to plaintiff.

Discussion

In the pending motion, plaintiff requests that the court order prison officials at California State Prison-Sacramento ("CSP-Sac") grant him access to his legal property and legal supplies, including pens, erasers, envelopes, paper, typewriter ribbons, folders and stamps. (ECF No. 8 at 1.) Plaintiff alleges that he filed the same motion in three other cases. (Id.) Plaintiff alleges that Lieutenant Earles and Sergeant Carasco told plaintiff that they instructed Correctional Officer Ajula to grant plaintiff access to his legal property and legal supplies. (Id.) Plaintiff alleges that Correctional Officer Ajula did not grant plaintiff access to his legal property and legal supplies. (Id.)

In the pending motion, plaintiff does not describe the legal property he must access in order to prepare his second amended complaint. Plaintiff's ability to file the pending motion in four different actions suggests that plaintiff has access to some legal supplies.

Based on the circumstances described above, this court finds that plaintiff has not adequately demonstrated that he cannot prepare his second amended complaint without access to his legal property and legal supplies. Accordingly, plaintiff's motion for access to his legal property and legal supplies is denied without prejudice. If plaintiff renews this motion, he shall demonstrate why he cannot prepare his second amended complaint without access to his legal property and legal supplies. In a renewed motion, plaintiff shall identify the legal property he requires access to in order to prepare his second amended complaint.

This court herein directs the Clerk of the Court to send plaintiff a complaint form again because it is unclear whether the Clerk of the Court served the complaint form on plaintiff as ordered on January 26, 2024.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for access to his legal property and legal supplies (ECF No. 8) is denied without prejudice;
2. The Clerk of the Court is directed to send plaintiff a form for a civil rights complaint by a prisoner and to note service of the complaint form on plaintiff in the docket; and
3. Plaintiff is granted an extension of thirty days from the date of this order to file his second amended complaint; failure to file a second amended complaint within that time will result in a recommendation of dismissal of this action.

Dated: February 22, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Pang2976.ord