UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PANGBORN,<br><br>   Plaintiff,<br><br>   v.<br><br>C/O PETERSON, et al.,<br><br>   Defendants. | No. 2:23-cv-2976 KJN P<br><br>ORDER |

Pending before the court is plaintiff's motion for an extension of time to file a second amended complaint. In this motion, plaintiff states that he did not receive the order filed January 26, 2024, dismissing his amended complaint with leave to amend.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint; and

3. The Clerk of the Court is directed to re-serve plaintiff with the January 26, 2024 order dismissing the amended complaint with leave to amend (ECF No. 7.)

Dated: March 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Pang2976.eot (kc)

1