UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PANGBORN, | No.  2:23-cv-2976 DAD CSK P |
| Plaintiff, | |
| v. | ORDER |
| C/O PETERSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the reasons stated herein, plaintiff's request for legal supplies (ECF No. 13) is denied.

On March 22, 2024, plaintiff filed the pending motion requesting a court order granting him access to his legal supplies or, in the alternative, for plaintiff to be allowed to submit an order to purchase legal supplies.  (Id.)  Plaintiff claimed that prison officials at California State Prison-Sacramento ("CSP-Sac") denied him access to his legal supplies.  (Id.)  Plaintiff also claimed that prison officials at CSP-Sac interfered with his ability to purchase legal supplies from an outside vendor.  (Id.)

On March 28, 2024, the court ordered defendants to file a response to plaintiff's motion requesting legal supplies.  (ECF No. 15.)  On April 11, 2024, defendants filed a status report

1

addressing plaintiff's ability to purchase legal supplies.  (ECF No. 20.)

On April 15, 2024, plaintiff filed a notice of change of address reflecting that he is no longer incarcerated at CSP-Sac.  (ECF No. 21.)  Plaintiff is now incarcerated at the California Medical Facility ("CMF").  (Id.)

Plaintiff's request for access to legal supplies is moot because plaintiff is no longer incarcerated at CSP-Sac, where the alleged deprivations occurred.  See Rupe v Cate, 688 F. Supp. 2d 1035, 1043 (E.D. Cal. 2010) ("Prisoners who have been released from prison or transferred to a different prison may not sue for injunctive relief because they would no longer benefit from having the injunction issued.") (citing Dilley v. Gunn, 64 F.3d 1365, 1368 (9th Cir. 1995)).

Defendants served their status report on plaintiff at CSP-Sac.  (ECF No. 20 at 5.)  To ensure that plaintiff received defendants' status report, defendants shall re-serve their status report on plaintiff at his new address at CMF.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for legal supplies (ECF No. 13) is denied as moot; and
2. Within five days of the date of this order, defendants shall re-serve their status report on plaintiff at CMF and file proof of re-service with the court.

Dated:  April 19, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pang2976.den

2