UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PANGBORN,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O PETERSON, et al.,<br><br>    Defendants. | No. 2:23-cv-2976 DAD CSK P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, plaintiff's motion for legal supplies (ECF No. 26) is vacated.

    On May 1, 2024, this Court referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 25.) On May 1, 2024, plaintiff filed the pending motion for legal supplies. (ECF No. 26.) In this motion, plaintiff alleges that prison officials at the California Medical Facility ("CMF") will not permit plaintiff to order legal supplies. (Id.)

    Because this action is stayed, plaintiff's motion for legal supplies is vacated. Following the lifting of the stay, if appropriate, plaintiff may move to reinstate his motion for legal supplies.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for legal supplies (ECF No. 26) is vacated.

///

1  Dated: June 5, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5  Pang2976.ord(2)

6  2