UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PANGBORN, | No. 2:23-cv-2976 DAD CSK P |
| Plaintiff, | |
| v. | ORDER |
| C/O PETERSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a settlement conference before Magistrate Judge Carolyn Delaney on September 9, 2024. (ECF No. 32.) In the minute order setting the settlement conference, Judge Delaney directed the parties to submit confidential settlement statements seven days prior to the settlement conference. (Id.) This action is stayed until the date of the settlement conference. (ECF No. 33.)

On July 22, 2024, plaintiff filed a motion for supplies and for appointment of counsel. (ECF No. 32.) Plaintiff alleges that on June 20, 2024, California Medical Facility ("CMF") Correctional Officer Pacada and CMF Sergeant Johnson confiscated and/or destroyed plaintiff's legal supplies (pens, paper, erasers, pencils, highlighters, rules, tape, glue, folders) and legal property related to this action based on orders from CMF Captain Strickland. (Id. at 2.) Plaintiff states that he cannot participate in a settlement conference without access to his legal property

1

1  related to this action and legal supplies.  (Id.)  Attached to plaintiff's motion is a declaration by
2  inmate Branson Vu, who states that on June 20, 2024, he personally witnessed Correctional
3  Officer Pacada and Sergeant Johnson take almost five boxes of plaintiff's active cases and
4  destroy/confiscate all of plaintiff's writing supplies.  (Id. at 5.)
5       Although this action is stayed, this Court is concerned that plaintiff may not be able to
6  participate in the September 9, 2024 settlement conference without access to his legal property
7  related to the instant action and legal supplies.  For this reason, defendants are ordered to file a
8  status report addressing plaintiff's allegations regarding plaintiff's legal property related to the
9  instant action and plaintiff's legal supplies.  Defendants shall also address whether plaintiff
10 currently has access to his legal property related to the instant action and legal materials such as
11 papers, pens, etc. in order to prepare for and participate in the September 9, 2024 settlement
12 conference.
13      Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
14 order, defendants shall file the status report discussed above.

Dated:  July 25, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pang2976.ord(3)
2